# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

*FILED — CLERK, U.S DISTRICT COURT*
*MAR - 9 2004*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY ___ DEPUTY*

| | |
|---|---|
| JACQUELIN DAVIS,<br><br>PLAINTIFF(S)<br><br>v.<br><br>O'MELVENY & MYERS, L.L.P.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 04-1338-DSF(SSx)<br><br>ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224 |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

28 U.S.C. §455(b)(1): Personal bias or prejudice concerning a party

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:
    ☒ within 120 days of the Court being assigned said case.
    ☐ after 120 days of the Court being assigned said case.

___3-5-04___                  ___Dale S. Fischer___
Date                                             United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___Nora M. Manella___. On all documents subsequently filed in this case, please substitute the initials ___NM___ after the case number in place of the initials of the prior Judge so that the case number will read: ___CV 04-1338-NM (SSx)___.

This is very important because documents are routed to the assigned Judge by means of the initials.

ENTERED ON CM 3/9/04

ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224
CV-52 (10/98)