UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

CIVIL MINUTES-GENERAL

CASE NO. CV 04-01338-NM(SSx)       DATE   3/10/04

TITLE: Jacquelin Davis -v- O'Melveny & Myers

PRESENT:

HON. NORA M. MANELLA JUDGE

| JUDITH HURLEY | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEY FOR PLAINTIFF       ATTORNEY FOR DEFENDANT

N/A                          N/A

PROCEEDINGS: IN CHAMBERS

Counsel are notified that the above-entitled action has been recently transferred to this Court. The correct number for this case is now CV 04-01338-NM(SSx). All subsequent documents filed with the court must reflect this case number. All filings shall be in Times Roman 14 font, in conformance with the Local Rules. Judge Manella is located in Courtroom 11, Spring Street Level, 312 N. Spring St., Los Angeles, Ca. A copy of this Court's Standing Order is enclosed.

DOCKETED ON CM
MAR 1 1 2004
BY _____ 013

cc: Counsel of Record Civil-Gen Minutes Form 11       Initials of Deputy Clerk