Jacquelin Davis v. O'Melveny & Myers LLP Doc. 6

SEND

FILED
CLERK, U.S. DISTRICT COURT
MAR 18 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY
SCANNED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jacquelin Davis, PLAINTIFF(S) v. O'Melveny & Myers, DEFENDANT(S). | CASE NUMBER CV04-01338-NM(SSx) |
| | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224** |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

Defendant is my former law firm.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:

☒ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

3/17/04
Date

United States District Judge NORA M. MANELLA

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge MARIANA R. PFAELZER. On all documents subsequently filed in this case, please substitute the initials MRP after the case number in place of the initials of the prior Judge so that the case number will read: CV 04-1338-MRP(SSx).

This is very important because documents are routed to the assigned Judge by means of the initials.



ENTERED ON CM 3/18/04

6

Dockets.Justia.com