Jacquelin Davis v. O'Melveny & Myers LLP Doc. 9

SEND

FILED
CLERK, U.S. DISTRICT COURT
MAR 23 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELIN DAVIS, Plaintiff(s), v. O'MELVENY & MYERS LLP, Defendant(s), | CASE NUMBER CV 04-1338 MRP (SSx) |
| | ORDER RETURNING CASE FOR REASSIGNMENT |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

DATED: March 22, 2004

Mariana R. Pfaelzer
Honorable Mariana R. Pfaelzer
United States District Judge

NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to Judge Dickran Tevrizian for all further proceedings. On all documents subsequently filed in this case, please substitute the initials DT after the case number in place of the initials of the prior judge so that the case number will read CV 04-1338 DT (SSx).

This is very important because documents are routed to the assigned judge by means of the initials.

9



ENTERED ON CM 3/23/04

Dockets.Justia.com