Jacquelin Davis v. O'Melveny & Myers LLP

Doc. 30

SEND

FILED
CLERK, U S DISTRICT COURT

AUG - 9 2007

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jacquelin Davis<br><br>PLAINTIFF(S),<br><br>v.<br><br>O'Melveny & Myers<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CV 04-1338 DT (SSx)<br><br>**NOTICE OF REASSIGNMENT OF CASE UPON RECEIPT OF MANDATE FROM THE NINTH CIRCUIT COURT OF APPEALS** |

To Counsel of Record:

WHEREAS the within case having been returned on a mandate from the Ninth Circuit Court of Appeals

- ☐ remanding,
- ☒ reversing and remanding, or
- ☐ reversing in part
- ☐ other

the decision of U.S. District Judge Dickran Tevrizian and said mandate requiring that judicial action now be taken,

YOU ARE HEREBY NOTIFIED that this case has been randomly reassigned to U.S. District Judge Philip S. Gutierrez for all further proceedings.

The case number now reads: CV 04-1338 PSG (SSx).

Please use this case number on all future filings. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the: ☒ Western ☐ Southern ☐ Eastern Division.

**Subsequent documents must be filed at the ☒ Western ☐ Southern ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.**

Clerk, U.S. District Court

By Robert R. Nadres
Deputy Clerk

cc *U S District Judge*
*Magistrate Judge*
*Operations Manager*
*Case Assignment Admin*
*ALL Counsel of Record*

(30)



ENTERED ON CM 8/9/07

Dockets.Justia.com