Enter / JS-6

E-FILED 03/10/08

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| Jacqueline Davis | ) | CV 04-1338-PSG (SSx) |
| | ) | |
| PLAINTIFF, | ) | **DISMISSAL BY COURT** |
| -VS- | ) | **FOR FAILURE TO PROSECUTE** |
| | ) | |
| O'Melveny & Myers, LLP | ) | |
| | ) | |
| DEFENDANT. | ) | |

On January 3, 2008, the Court issued an Order to Show for Lack of Prosecution. A written response to this Order to Show Cause was ordered to be filed not later than January 24, 2008.

To this date, no written response to the Order to Show Cause has been filed with the Court.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety for failure to prosecute.

Dated: _March 10, 2008

PHILIP S. GUTIERREZ

United States District Judge